HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ROBERT DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT DAVENPORT, Defendant. | Case No. 1:21-cr-00307-JLT-SKO<br><br>STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; ORDER<br><br>Date: December 2, 2022<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Robert Davenport, and Assistant United States Attorney Jeffrey A. Spivak, counsel for the government, that the briefing schedule set in this case be continued as set forth below.

At a prior hearing, defense counsel informed the Court that she had further investigation to conduct in connection with a possible motion to dismiss. The Court set the following briefing schedule:

- Defense motion to dismiss to be filed on or before October 21, 2022;
- Government opposition to be filed on or before November 4, 2022;
- Any defense reply to be filed on or before November 14, 2022;

- Motion hearing set for December 2, 2022, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge

Defense counsel needs additional time to conduct further investigation. Accordingly, the parties stipulate to the following deadlines:

- Defense motion to dismiss to be filed on or before November 18, 2022;
- Government opposition to be filed on or before December 2, 2022;
- Any defense reply to be filed on or before December 9, 2022;
- Motion hearing set for January 6, 2023, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge

Time was previously excluded until the hearing on the motions. The parties agree that the time period until disposition of the motions, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  October 20, 2022         HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Jaya C. Gupta*
                                 JAYA C. GUPTA
                                 Attorneys for Defendant
                                 ROBERT DAVENPORT


Dated: October 20, 2022          PHILLIP A. TALBERT
                                 United States Attorney

                                 */s/ Jeffrey A. Spivak*
                                 JEFFREY A. SPIVAK
                                 Assistant United States Attorney

1  **[PROPOSED] ORDER**

2  **IT IS HEREBY ORDERED THAT** the current briefing schedule on the defense motion

3  is hereby re-set as follows:

- Defense motion to dismiss to be filed on or before November 18, 2022;
- Government opposition to be filed on or before December 2, 2022;
- Any defense reply to be filed on or before December 9, 2022;
- Motion hearing set for January 6, 2023, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge.

Time shall be excluded until disposition of the motion under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion.

IT IS SO ORDERED.

Dated:  **October 20, 2022**

_____
UNITED STATES DISTRICT JUDGE