HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ROBERT DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:21-cr-00307-JLT-SAB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE; [PROPOSED] ORDER |
| v. | ) ) | |
| ROBERT DAVENPORT, | ) ) | Date: January 6, 2023 Time: 9:00 a.m. Court: Hon. Jennifer L. Thurston |
| Defendants. | ) ) ) ) ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant Federal Defender, Jaya C. Gupta, counsel for defendant Robert Davenport, and Assistant United States Attorney Jeffrey A. Spivak, counsel for the government, that the briefing schedule set in this case be continued as set forth below.

Previously the briefing schedule in this case was set as follows:

- Defense motion to dismiss to be filed on or before November 18, 2022;
- Government opposition to be filed on or before December 2, 2022;
- Any defense reply to be filed on or before December 9, 2022;
- Motion hearing set for January 6, 2023, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge

The current attorney of record on Mr. Davenport's case is departing and a new attorney from the Federal Defender's Office will be assigned. A continuance is requested to allow that attorney to become familiar with the case and to allow that attorney to conduct additional investigation related to the motion. Accordingly, the parties stipulate to the following deadlines:

- Defense motion to dismiss to be filed on or before December 23, 2022;
- Government opposition to be filed on or before January 13, 2023;
- Any defense reply to be filed on or before January 20, 2023;
- Motion hearing set for February 3, 2023, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge

Time was previously excluded until the hearing on the motions. The parties agree that the time period until disposition of the motions, shall be excluded under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pretrial motions, through the conclusion of any hearing on the motion, and the prompt disposition of the motion. *See* 18 U.S.C. § 3161(h)(1)(D).

Dated:  November 18, 2022　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　　　　　*/s/* Jaya C. Gupta
　　　　　　　　　　　　　　　　　　　　　　　　JAYA C. GUPTA
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT DAVENPORT

Dated: November 18, 2022　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　*/s/* Jeffrey A. Spivak
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED THAT** the current briefing schedule on the defense motion is hereby re-set as follows:

- Defense motion to dismiss to be filed on or before December 23, 2022;
- Government opposition to be filed on or before January 13, 2023;
- Any defense reply to be filed on or before January 20, 2023;
- Motion hearing set for February 3, 2023, at 9:00 a.m. before the Honorable Jennifer L. Thurston, United States District Judge

Time shall be excluded until disposition of the motion under 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion.

IT IS SO ORDERED.

Dated:   **November 21, 2022**

*[signature]*
UNITED STATES DISTRICT JUDGE