HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAVENPORT,<br><br>Defendant. | Case No. No. 1:21-cr-00307-JLT-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>DATE:   March 6, 2023<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Robert Davenport, that the status conference currently set for February 3, 2023 may be continued to March 6, 2023, at 9:00 a.m. or the soonest time thereafter convenient to the court.

It is further stipulated that a new motion briefing schedule may be set with any defense motion due on or before January 30, 2023; the government opposition due on or before February 20, 2023; any defense reply due on or before February 27, 2023; and the motion hearing set for March 6, 2023.

Mr. Davenport's previously assigned counsel has left the Office of the Federal Defender for the Eastern District of California and this matter has been reassigned within the office. New counsel needs to get up to speed on the details of this case, conduct additional investigation as

needed and draft any motions while handling an already large case load. For these reasons the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice, for continuity of counsel, effective defense investigation and preparation, and for the filing of motions and ruling thereon, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 20, 2022         /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ROBERT DAVENPORT


PHILLIP A. TALBERT
United States Attorney

Date: December 20, 2022         /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the status conference currently scheduled for February 3, 2023 is vacated and the matter is set for status conference on March 6, 2023.

IT IS FURTHER ORDERED that any defense motions shall be filed on or before January 30, 2023; the government opposition shall be filed on or before February 20, 2023; any defense reply shall be filed on or before February 27, 2023; with a hearing on the motions set for March 6, 2023.

IT IS SO ORDERED.

Dated:   **December 20, 2022**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

Davenport: Stipulation to
Continue Status Conference

2