HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DAVENPORT,<br><br>Defendant. | Case No. No. 1:21-cr-00307-JLT-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br>DATE: March 27, 2023<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Robert Davenport, that the status conference currently set for March 6, 2023 may be continued to March 27, 2023, at 9:00 a.m. or the soonest time thereafter convenient to the court.

It is further stipulated that a new motion briefing schedule may be set with any defense motion due on or before February 21, 2023; the government opposition due on or before March 13, 2023; any defense reply due on or before March 20, 2023; and the motion hearing set for March 27, 2023.

The parties are currently attempting to reach a negotiated settlement in this matter and additional time is needed for negotiations further investigation related to possible defense motions. For these reasons the parties agree that any delay resulting from this continuance shall

be excluded in the interest of justice, for continuity of counsel, effective defense investigation and preparation, and for the filing of motions and ruling thereon, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 31, 2023                     */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ROBERT DAVENPORT


PHILLIP A. TALBERT
United States Attorney

Date: January 31, 2023                     */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


### [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties and good cause appearing, the status conference currently scheduled for March 6, 2023 is CONTINUED to March 27, 2023

Any defense motions SHALL be filed no later than February 21, 2023; the government opposition shall be filed no later than March 13, 2023; any defense reply shall be filed no later than March 20, 2023; with a hearing on the motions set for March 27, 2023.

The Court finds that based upon the parties' ongoing settlement discussions and the need for further defense investigation and preparation, for continuity of counsel and for time for filing motions and ruling on motions that good cause exists, and the interests of justice outweigh the interests in the defendant and the public in a speedy trial. (18 U.S.C. §§ 3161(h)(1)(D),

Davenport: Stipulation to
Continue Status Conference

2

3161(h)(7)(A) and 3161(h)(7)(B)(iv).) Consequently, time is excluded pending the hearing on March 27, 2023.

IT IS SO ORDERED.

Dated:  **January 31, 2023**

_____
UNITED STATES DISTRICT JUDGE