HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES #322095
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ROBERT DAVENPORT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. No. 1:21-cr-00307-JLT-SAB |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |
| vs. | |
| ROBERT DAVENPORT, | DATE: March 27, 2023<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for defendant Robert Davenport, that the status conference currently set for March 27, 2023 may be continued to May 31, 2023, at 1:00 p.m. on the criminal status conference calendar, before the Hon. Sheila K. Oberto, or the soonest time thereafter convenient to the court.

New counsel has recently been assigned to the matter and requires additional time to review the matter, discuss the case with Mr. Davenport and opposing counsel. Mr. Davenport has recently been provided with further discovery in this matter. Further, the parties are currently attempting to reach a negotiated settlement in this matter and additional time is needed for negotiations. For these reasons the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice, for continuity of counsel, effective defense

investigation and preparation, and for the filing of motions and ruling thereon, pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 22, 2023                 */s/ Griffin Estes*
                                     GRIFFIN ESTES
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ROBERT DAVENPORT


PHILLIP A. TALBERT
United States Attorney

Date: March 22, 2023                 */s/ Jeffrey Spivak*
                                     JEFFREY SPIVAK
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


## ORDER

IT IS HEREBY ORDERED that the status conference currently scheduled for March 27, 2023 before the Hon. Jennifer L. Thurston is vacated and the matter is set for status conference before the Hon. Sheila K. Oberto on May 31, 2023, and time is excluded under the Speedy Trial Act (18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(iv)) through and including May 31, 2023.

IT IS SO ORDERED.

Dated:   **March 22, 2023**                        _Jennifer L. Thurston_
                                                   UNITED STATES DISTRICT JUDGE