PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00307-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| ROBERT DAVENPORT, | DATE: May 31, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Shiela K. Oberto |
| Defendant. | |

This case is set for status conference and trial setting conference on May 31, 2023.

As set forth below, the parties now request, by stipulation, that the Court vacate the May 31, 2023 status conference, and set the matter for a jury trial on November 14, 2023 before the Honorable Jennifer L. Thurston, and to exclude the time period between May 31, 2023 and November 14, 2023 under the Speedy Trial Act.

The parties anticipate the trial will take 2-3 court days.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on May 31, 2023.

2.  By this stipulation, defendants now move to vacate the status conference, set a jury trial for November 14, 2023, and to exclude time between May 31, 2023, and November 14, 2023, under

Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case is includes written reports and other audio/video evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to discuss potential resolution with government counsel, to evaluate potential pretrial motions.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 31, 2023 to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 24, 2023
PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: May 24, 2023
HEATHER E. WILLIAMS
Federal Defender

/s/ Griffin Estes
GRIFFIN ESTES
Assistant Federal Defender
Counsel for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: 5/24/2023

*Sheila K. Oberto*
HON. SHIELA K. OBERTO
UNITED STATES MAGISTRATE JUDGE