PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00307-JLT-SAB |
| Plaintiff, | |
| v. | MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE AND TO VACATE TRIAL DATE |
| ROBERT H. DAVENPORT, | TRIAL DATE: November 14, 2023 |
| Defendant. | TIME: 9:30 am |
| | COURT: Hon. Jennifer L. Thurston |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

Defendant is participating and has been participating in the Veteran's Court program in the Superior Court of California, County of Merced (21CR-04692). The United States believes dismissal of this case in favor of his continued mental health and medical treatment, and participation on the Veteran's Court program, is in the interests of justice.

///
///
///
///
///

1

The United States also requests the Court vacate the November 14, 2023 trial date in this matter.

DATED: August 30, 2023            Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney

                             By:     /s/ Jeffrey A. Spivak
                                                   JEFFREY A. SPIVAK
                                                   Assistant U.S. Attorney

## O R D E R

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **September 7, 2023**

UNITED STATES DISTRICT JUDGE